THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Charleston
 County Department of  Social Services, Respondent,
 
 
 
 

v.

 
 
 
 Jessica W.,
 Scott T., and John Doe, Defendants,
 Of whom Jessica
 W. is the Appellant.
 In
 the interest of two minor children. 
 
 
 

Appeal From Charleston County
 Frances  P. Segars-Andrews, Family Court
Judge

Unpublished Opinion No.  2010-UP-473  
 Submitted May 3, 2010  Filed October 28,
2010

AFFIRMED

 
 
 
 Damien Andreas Sobieraj, of Mount Pleasant,
 for Appellant.
 Bonnie T. Brisbane, of North Charleston,
 for Respondent.
 Alexandra B. Hope Wilder Murray, of
 Charleston, for Guardian ad Litem.
 
 
 

PER CURIAM: Jessica W. appeals from the family court's order terminating her parental rights
 to her minor children.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon
 a thorough review of the record and the family court's findings of fact and
 conclusions of law pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. 
 Accordingly, we affirm the family court's ruling.   
AFFIRMED.[1]
FEW, C.J.,
 KONDUROS, J., and CURETON, A.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.